# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD J. LETULIER** | **CIVIL ACTION NO. 09-1382** |
| **VERSUS** | **JUDGE DOHERTY** |
| **BURL CAIN, WARDEN** | **MAGISTRATE JUDGE HILL** |

## ORDER

Before the Court is the federal Petition for Writ of *Habeas Corpus* filed on behalf of petitioner, Ronald J. Letulier. Petitioner pled guilty to first degree murder on December 17, 1996 in the Sixteenth Judicial District Court for St. Martin Parish, Louisiana, for which he has been sentenced to death. Accordingly;

The **Clerk of Court** for the Sixteenth Judicial District Court for St. Martin Parish, Louisiana is hereby **ORDERED** to produce a certified copy of the complete record of petitioner's criminal proceeding, docketed as *State of Louisiana v. Ronald J. Letulier*, No. 96-170,586, including the transcript of the sentencing phase of the proceedings, <u>all</u> transcripts (ie: all pre-conviction hearings, plea, sentencing, and all post-conviction hearings), court minutes, pleadings, briefs and memoranda filed by any party in connection with any appeal, writ application or application for post-conviction relief presented to any state district or appellate court, and certified copies, or citations to, all state court dispositions pertaining to the conviction challenged herein, including all decisions of the Louisiana Supreme Court.

The pages of the record shall be arranged in chronological sequence, securely bound and numbered consecutively. An index describing each item of the record, indicating the page number of each item shall be attached.

The record is to be filed with the Clerk of this Court on or before **September 17, 2009.**

In the event the Clerk is unable to produce any portion of the record, the Clerk shall advise this court in writing what items are missing and why the Clerk is unable to produce the item.

**THE CLERK IS DIRECTED** to serve a copy of the instant Order by certified mail on the Clerk of the Sixteenth Judicial District Court for St. Martin Parish, Louisiana.

**THE CLERK IS FURTHER DIRECTED** send notice of the instant Order, by fax and regular mail, to K. Eric Gisleson, Charles D. Marshall, III and Gary Clements.

Signed in Lafayette, Louisiana, this 10th day of August, 2009.

_C. Michael Hill_
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

RONALD J. LETULIER                CIVIL ACTION NO. 6:09CV1382

VERSUS                            JUDGE DOHERTY

BURL CAIN, WARDEN                 MAGISTRATE JUDGE HILL

AUGUST 11, 2009

